Certificate Number: 13858-MD-DE-038674473

Bankruptcy Case Number: 24-13672



13858-MD-DE-038674473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2024, at 12:40 o'clock PM EDT, Stacey L. Janes completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: July 17, 2024              By:    /s/Wendel Ruegsegger

                                 Name:  Wendel Ruegsegger

                                 Title: Counselor